**Order entered September 21, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-15-00894-CV

---

**ERNEST K. BANKAS, Appellant**

**V.**

**MAUREEN BANKAS, Appellee**

---

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-23136**

---

## ORDER

The clerk's record is past due. Before the Court is appellant's September 17, 2015 motion requesting an extension of time to pay the fee for preparation of the clerk's record. We **GRANT** appellant's motion. We **ORDER** appellant to provide, by **OCTOBER 21, 2015**, written verification that appellant has paid or made arrangements to pay the clerk's fee. *We caution appellant that if the Court does not receive the required written verification within the time specified, the Court may dismiss the appeal for want of prosecution without further notice.* *See* TEX. R. APP. P. 37.3(b).

/s/     ELIZABETH LANG-MIERS
          JUSTICE